# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

**In re:**                                                          **Case No.** 15−70559−JHH13
Betty Fay Gardner                                          **Chapter** 13
**SSN:** xxx−xx−8224

          **Debtor(s)**

# NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

Response/Objection to Debtor's Motion to Determine Value of Collateral (1996 Southern Mobile Home) filed by 21st Mortgage Corporation − Dkt #22

**Date: Thursday, June 18, 2015**                    **Time: 01:30 PM**

**Location: Room 2600, Federal Courthouse, 2005 University Blvd, Tuscaloosa, AL 35401**
          Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: June 9, 2015                                        By:

                                                                        Douglas E. Wedge, Chief Deputy Clerk
                                                                        United States Bankruptcy Court
msh